JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VETSTEM, INC., <br><br> Plaintiff, <br><br> v. <br><br> REGEN LABS LLC dba REGENERATIVE MEDICAL LA, <br><br> Defendant. | Case No. 2:24-cv-02475 AB(PDx) <br><br> **ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **21 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  November 12, 2024

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.